# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Garron Ladon Norris<br>*Plaintiff*<br>v.<br>Nurse Margrett Lewis, Lt. Kenny Brown, Barbra Fernandez<br>*Defendant* | )<br>)<br>) Civil Action No.  8:09-cv-02291-PMD<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* recover from the defendant *(name)* the amount of dollars ($ ), which includes prejudgment interest at the rate of %, plus postjudgment interest at the rate of %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* recover costs from the plaintiff *(name)* .

■ other:   The action is dismissed with prejudice for lack of prosecution and for failure to comply with the Court's orders.

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.

☐ tried by Judge without a jury and the above decision was reached.

■ decided by Judge   Patrick Michael Duffy on the record.   on a motion for

Date:   May 13, 2010                                          *CLERK OF COURT*

                                                              s/Nora Chandler, Deputy Clerk
                                                              *Signature of Clerk or Deputy Clerk*